Deirdre Woulfe Pacheco, Esq. (DP/6171)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Woodbridge, New Jersey 07095
Tel. 732.636-8000
Attorneys for The Ridge at Back Brook

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Trenton Vicinage)

In re:
LIZA PRICE RAPPAPORT,                            Ch. 11
          Debtor.                           Case No. 11-37107-RTL

## LIMITED OBJECTION TO DISCLOSURE STATEMENT

The Ridge at Back Brook ("RBB"), by and through counsel, objects to the approval of the Debtor's proposed Disclosure Statement as follows:

1. The Disclosure Statement is inaccurate in its description of the integrated transactions between the Debtor and RBB. There is no executory contract involved; RBB has fully performed and the relationship is thus not legally capable of rejection under 11 U.S.C. § 365(a).

WHEREFORE, the Disclosure Statement is materially inaccurate and cannot be approved.

Dated: 11/19/12                     Respectfully submitted,
                                    Wilentz, Goldman & Spitzer
                                    Attorneys for The Ridge at Back Brook

                            By:     *Deirdre Woulfe Pacheco*
                                    _____
                                    Deirdre Woulfe Pacheco, Esq.

#6649355.1