TEICH GROH
691 State Highway 33
Trenton, New Jersey 08619
Phone: (609) 890-1500
Attorneys for Debtor-in-Possession
Carol L. Knowlton, Esquire
cknowlton@teichgroh.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of | Chapter 11 |
| Liza Price Rappaport. | Case No. 11-37107-CMG |
| Debtor | Judge: Christine M. Gravelle, U.S.B.J. |
| | Hearing Date: August 20, 2013 |

OBJECTION TO CLOSING OF CASE

The Debtor, by and through her attorneys, hereby objects to the closing of her case, for the following reason:

There is presently pending the Debtor's Motion to Expunge Claims of The Ridge at Back Brook, LLC. That motion is scheduled for a plenary hearing on August 23, 2013. It is important that this claim be resolved before the case is closed.

For this reason, the undersigned on behalf of the Debtor, respectfully equests that the closing of the case be postponed until the claims motion is adjudicated.

                                                  Teich Groh
                                                  Attorneys for Debtor,
                                                  Liza Price Rappaport

**Dated: August 13, 2013**        **By:** _Carol L. Knowlton_____
                                                       **Carol L. Knowlton**