UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TEICH GROH
By: Carol L. Knowlton, Esquire
cknowlton@teichgroh.com
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
Attorneys for Debtor

Order Filed on
**12/23/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

LIZA PRICE RAPPAPORT,

           Debtor

Case No.: 11-37107-CMG

Chapter: 11

Judge: Christine M. Gravelle, U.S.B.J.

**ORDER PERMITTING SALE OF REAL ESTATE FREE & CLEAR OF
LIENS PURSUANT TO 11 U.S.C. §363**

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 12/23/2013**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   LIZA PRICE RAPPAPORT
Case No:   11-37107-CMG
Caption of Order:   Order Permitting Sale of Real Estate Free & Clear of Liens Pursuant to 11 U.S.C. §363
_____

THIS MATTER having come before the Court on the motion of Carol L. Knowlton, Esq., of the firm of Teich Groh, attorneys for the Debtor, to sell the Debtor's real property located at 309 Wertsville Road, Ringoes, NJ 08551, free and clear of liens, and the Debtor having provided notice of the motion to all lienholders and parties in interest, and the Court having read the moving papers and having heard any argument of counsel, and for good and sufficient cause shown;

It is ORDERED as follows:

1. The Debtor is permitted to sell the real property at 309 Wertsvilles Road, Ringoes, NJ 08551, to Sapphire Equestrian, LLC, for $1,350,000.00 free and clear of the set liens in accordance with this court's order dated 2/5/13 confirming the debtor's plan of reorganization.

2. In addition, the parties have agreed that the property will be sold free and clear of the judgment held by The Ridge at Back Brook, LLC, entered in the Superior Court of New Jersey, Law Division, Hunterdon County, on June 23, 2011, bearing judgment #J-184806, 2011, in the amount of $58,307.24.   Although the subject property is being sold free and clear of the The Ridge at Back Brook, LLC's judgment lien, the within Order has no effect upon the Ridge's judgment, per se, vis-a-vis any other property.

3. The Buyer is deemed to be a good faith purchaser pursuant to 11 U.S.C. §363(m);

4. The Debtor be and the same is hereby authorized to sign all affidavits and documents necessary to convey title at closing;

5. It is further ordered that the fourteen-day stay period set forth in Federal Rule of Bankruptcy Procedure 6004(h) be and the same is hereby waived.

*Approved by Judge Christine M. Gravelle  December 23, 2013*