May 2, 2014

The Honorable Christine M. Gravelle
United States Bankruptcy Court
US Courthouse
402 E. State Street
2nd Floor
Trenton, NJ  08608

    **RE:  LIZA PRICE RAPPAPORT, DEBTOR**
    **D.N.J. CHAPTER 11 CASE NO.11-37107 CMG**

Dear Judge Gravelle:

I am requesting that Your Honor re-examine my Chapter 11 reorganization plan as it relates to The Ridge.  Judge Lyons agreed, since I owed The Ridge $59,000 at the time of my filing for Chapter 11, allowing them to keep my capital account, valued at approximately $92,000, was sufficient to cover the judgment against me.

Further, to closing this issue, I wish to respond to the letter The Ridge sent to you dated March, 2014, a copy of which is attached.   I feel their letter was inappropriate gamesmanship.

The Ridge claims I am looking for sympathy.  I am not looking for sympathy; I am looking for closure.  My entire life has been put on hold due to these Chapter 11 proceedings.  As you may recall from my testimony, the only reason I needed to declare Chapter 11 was because of these issues with The Ridge.  Other than this claim, I was able to settle with all of my creditors.

The Ridge also objects to the submission of a letter from my neurosurgeon.  Yet, in my discussion with the Moores (Ridge management) regarding my membership, they informed me that some members received consideration due to illness.  Dr. Pizzi's letter is simply a statement of medical facts.   Please note that Dr. Pizzi was unwilling to provide a letter until two years after the surgery.  He wanted to be sure that I wasn't able to play golf.  Dr. Pizzi was also concerned about potential liability and exposure to this litigation.   I followed through on this issue because Dr. Pizzi's unwillingness to send a letter prior to two years came up during my deposition.  My intent was to respond to the implication that I was lying about my condition because of the doctor's original unwillingness to write the letter.

For the Ridge to say I needed to make a formal request is more gamesmanship.  What more does one need to do than sit face-to-face to discuss issues, which I did on December 30, 2010.   Because I needed neck surgery, I asked them to find a substitute member to take over my dues.  They refused to do so because they said they had done this for me in 2007 when I had leg surgery.  I also discussed my

financial issues.  I went to them, presented my medical situation and sought guidance from them as the owners of The Ridge.  They suggested I approach a specific friend of mine and if he would take over the membership I would be free and clear.  Unfortunately, he did not want to join The Ridge.

In my reorganization plan I agreed to sell my farm with the understanding that Bank America (now Deutsche Bank) would accept a reasonable adjustment for their portion of the mortgage should it become necessary.  This was an agreement I had with them prior to filing Chapter 11. That agreement has been completed.  I received nothing from the sale, so that didn't benefit the Ridge either.

I have lost my home, my business, have incurred huge legal fees, and would like to start over again.  Only this unreasonable demand from The Ridge is preventing me from getting on with my life.  I sincerely hope we can bring closure to this nightmare.

        Sincerely,

        /s/ Liza Price Rappaport

        Liza Price Rappaport

Enclosure