

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6083**
**Direct Fax: (732) 726-6699**
**Email**: bmolloy@wilentz.com

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
VINCENT P. MALTESE
DAVID W. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO J. CIFALDI
KEVIN M. BERRY
JOHN T. KELLY[2]
EDWIN LEAVITT-GRUBERGER[2]
BARRY A. COOKE
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.

ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE†
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2◁]
GRACE D. MACK[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
DAVID P. PEPE
JOHN E. HOGAN[2]
EVERETT M. JOHNSON[2]
DANIEL R. LAPINSKI[2,3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]
KELLY A. ERHARDT-WOJIE[3]
ALEX LYUBARSKY[2]
ELLEN TORREGROSSA-O'CONNOR
MICHAEL A. PAFF[2]
JOSEPH J. RUSSELL, JR.[2]

**OF COUNSEL**
ALAN B. HANDLER[5]
FRANCIS V. BONELLO
BRUCE M. KLEINMAN[2,5]
C. KENNETH SHANK[2]

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BARBARA J. KOONZ[3,10]
EDWARD J. ALBOWICZ[2]
ELIZABETH C. DELL[2]
ROBERT L. SELVERS[2]
JOHN P. MURDOCH II
GREGORY D. SHAFFER[2◁]
ALYSON M. LEONE[2]

**ASSOCIATES**
LINDA LASHBROOK
ALBERTINA WEBB[2]
MARY H. SMITH
STEPHANIE D. GIRONDA
LOUIS J. SEMINSKI, JR.
MICHAEL F. FRIED[2]
MATTHEW SKOLNIK[3]
VINCENT CHENG[2]
KEITH L. HOVEY[2,3]

CHAD YABLONSKY[2]
CHERYL. E. CONNORS
JAMES TRACY
DANIEL J. KLUSKA
KARIN K. SAGE
CORINNE L. McCANN
SATISH V. POONDI
KUSH SHUKLA[2,10]
RACHEL C. HEINRICH[3]
ANNEMARIE T. GREENAN[3]
ERIC M. FINKELSTEIN[2]
NANOR L. TERJANIAN[2]
ANDREW GROUS[2,3]
BRIDGET V. KANE
RISA M. CHALFIN
JUSTIN HOLLANDER[2]
LISA GORA

◁ Certified Civil Trial Attorney
☐ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
 1 Not admitted NJ
 2 Admitted NY
 3 Admitted PA
 4 Admitted CT
 5 Admitted DC
 6 Admitted MA
 7 Admitted MD
 8 Admitted VA
 9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

May 21, 2014

**VIA ELECTRONIC FILING**
Honorable Christine M. Gravelle
United States Bankruptcy Court
U.S. Courthouse
402 East State Street
2nd Floor
Trenton, New Jersey  08608

   Re: **Liza Price Rappaport, Debtor**
     **D.N.J. Ch. 11 Case No. 11-37107 CMG**

Dear Judge Gravelle:

  As this Court is aware, this law firm represents The Ridge at Back Brook LLC (the "Ridge"), a creditor in this bankruptcy proceeding.

  We write to object to the May 2, 2014 letter submitted to Your Honor by Liza Price Rappaport.  First, the letter appears to be an informal (and inappropriate) request that Your Honor "re-examine" the Debtor's Chapter 11 Reorganization Plan.  If the Debtor, who is represented by counsel, wishes to seek formal review, there are well known procedures to do that.  Informal letters requesting relief is not one of them.

  Beyond the inappropriate procedure, we object to the Debtor's attempt to present factual statements (not under oath, not subject to cross examination, and beyond the evidence previously submitted to the Court) in an apparent effort to prejudice the interest of the Ridge.  Pending before this Court is the Debtor's motion to strike the Ridge's proof of claim, and related issues.  We believe that the Debtor's May 2, 2014 letter is an inappropriate and objectionable attempt to present factual evidence to the Court, which is riddled with hearsay (i.e., statements as to what a doctor's "concerns were") and other objectionable materials.

#7538555.1



Honorable Christine M. Gravelle

May 21, 2014
Page 2

      For these reasons, we respectfully request the Court to strike the May 2, 2014 letter. Alternatively, if the Court is inclined in any way to consider that letter, we ask for permission from the Court for leave to respond.

      Respectfully yours,

      */s/ Brian J. Molloy*
      BRIAN J. MOLLOY

      */s/ David H. Stein*
      DAVID H. STEIN

BJM:lk
cc:    Carol Knowlton, Esq.

#7538555.1