OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: LIZA PRICE-RAPPAPORT    Bank: TD BANK

Bankruptcy Number: 11-37107-RTL    Account Number: 426075760 9

Date of Confirmation: 2/5/13    Account Type: CHECKING

Reporting Period (month/year): 03/2013

| | |
|---|---|
| Beginning Cash Balance: | $ 272,766.12 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: (RENTAL INCOME) | $ 17,120.00 |
| Collection of Accounts Receivable: | $ |
| Proceeds from Litigation (settlement or otherwise): | $ |
| Sale of Debtor's Assets: | $ 200.00 |
| SOCIAL SECURITY Capital Infusion pursuant to the Plan: | $ 1,490.00 |
| Total of cash received: | $ 18,810.00 |
| Total of cash available: | $ 291,576.12 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ | (14,196.54) |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ | — 0 — |
| All other disbursements made in the ordinary course: $ | (17,397.16) |
| Total Disbursements | $ (31,593.70) |
| Ending Cash Balance | $ 259,982.42 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/19/13
Date    Name/Title

Liza Price Rappaport
Case: 11-37107-RTL

| | Total thru 12/31/12 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 | Total |
|---|---|---|---|---|---|---|---|---|
| Cash - Beginning of Month | 9,004.72 | (1,760.08) | 262.12 | 272,766.12 | 259,982.42 | 241,289.70 | 232,961.13 | 9,004.72 |
| Sale of Assets | 7,635.00 | - | - | - | - | - | - | - |
| Utility Deposit | 4,500.00 | - | - | - | - | - | - | 4,500.00 |
| Deposit Correction | 750.23 | - | 287,585.49 | - | - | - | - | 295,420.49 |
| Money from closed account | 705.23 | - | - | - | - | - | - | 750.23 |
| Social Security | 11,720.00 | 1,490.00 | 1,490.00 | 1,490.00 | 1,490.00 | 1,490.00 | 1,490.00 | 705.23 |
| Farm Draw | 13,650.00 | - | - | - | - | - | - | 20,660.00 |
| Insurance Claim | 50,513.14 | 9,260.97 | 5,382.97 | - | - | - | - | 13,650.00 |
| Rental Income | 249,363.80 | 18,785.00 | 13,753.00 | 17,120.00 | 11,235.00 | 11,962.00 | 14,420.00 | 65,157.08 |
| Total Income | 338,837.40 | 29,535.97 | 308,211.46 | 18,810.00 | 12,725.00 | 13,452.00 | 15,910.00 | 336,638.80 |
| | | | | | | | | 737,481.83 |
| Mortgage payments | 158,913.71 | 11,157.13 | 8,018.71 | 4,018.71 | 7,383.94 | 7,516.03 | 7,516.03 | 204,524.26 |
| Rental Payments | - | - | - | - | - | - | - | - |
| Other Secured Note Payments | - | - | - | - | - | - | - | - |
| Utilities | 28,463.26 | 5,446.26 | 3,444.43 | 6,376.52 | 3,217.17 | 1,903.91 | 2,225.34 | 51,076.89 |
| Insurance | 14,713.09 | 39.34 | 3,644.75 | 2,179.10 | 2,310.20 | 785.75 | 3,639.91 | 27,312.14 |
| Auto Expense | 4,992.12 | 208.07 | 444.27 | 359.62 | 706.34 | 365.91 | 240.08 | 7,316.41 |
| Lease Payments | - | - | - | - | - | - | - | - |
| IRA Contributions | - | - | - | - | - | - | - | - |
| Repairs and Maintenance | 83,344.66 | 8,837.01 | 7,127.29 | 2,443.25 | 4,409.68 | 7,004.01 | 6,342.81 | 119,508.71 |
| Supplies | - | - | - | - | - | - | - | - |
| Medical Expenses | 13,324.46 | 836.07 | 931.29 | 727.40 | 838.26 | 2,022.33 | 966.81 | 19,646.62 |
| Household Expenses | 11,310.16 | 678.94 | 996.51 | 1,192.56 | 3,377.13 | 2,082.63 | 902.98 | 20,540.91 |
| Charitable Contributions | - | - | - | - | - | - | - | - |
| Alimony | - | - | - | - | - | - | - | - |
| Taxes - Real Estate | 18,388.85 | - | 26.21 | 14,196.54 | - | - | - | 32,611.60 |
| Taxes - Personal Property | - | - | - | - | - | - | - | - |
| Taxes - Other | 1,803.00 | - | - | - | - | - | - | 1,803.00 |
| Travel and Entertainment | - | - | - | - | - | - | - | - |
| Gifts | 509.90 | 210.95 | - | - | - | - | - | 720.85 |
| Other - Postage | 14.00 | - | - | - | - | - | - | 14.00 |
| Other - Accounting | 1,250.00 | - | - | - | - | - | - | 1,250.00 |
| Other - Deposit Correction | 750.23 | - | - | - | - | - | - | 750.23 |
| Other - Bank Fees | 426.94 | - | - | - | - | - | - | 426.94 |
| Other - Legal Fees | 600.00 | - | - | - | - | - | - | 600.00 |
| Other - Return stop payment | 515.00 | - | - | - | - | - | - | 515.00 |
| Other - Mgmt Fees | 7,156.82 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 7,755.82 |
| Total | 346,476.20 | 27,513.77 | 24,733.46 | 31,593.70 | 22,342.72 | 21,780.57 | 21,933.96 | 496,374.38 |
| Professional Fees | 200.00 | - | 10,000.00 | - | 9,075.00 | - | - | 19,275.00 |
| US Trustee Fees | 2,926.00 | - | 974.00 | - | - | - | - | 3,900.00 |
| Other Reorg Expenses | - | - | - | - | - | - | - | - |
| | 3,126.00 | - | 10,974.00 | - | 9,075.00 | - | - | 23,175.00 |
| Total Disbursements | 349,602.20 | 27,513.77 | 35,707.46 | 31,593.70 | 31,417.72 | 21,780.57 | 21,933.96 | 519,549.38 |
| Net Cash Flow | (10,764.80) | 2,022.20 | 272,504.00 | (12,783.70) | (18,692.72) | (8,328.57) | (6,023.96) | 217,932.45 |
| Cash - End of Month | (1,760.08) | 262.12 | 272,766.12 | 259,982.42 | 241,289.70 | 232,961.13 | 226,937.17 | 226,937.17 |