OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: LIZA PRICE RAPPAPORT    Bank: TD BANK

Bankruptcy Number: 11-37107-RTL    Account Number: 4260757609

Date of Confirmation: 2/5/13    Account Type: CHECKING

Reporting Period (month/year): 1/14 - 3/14

Beginning Cash Balance:    $ 154,568.87

All receipts received by the debtor:

Cash Sales: (RENTAL INCOME)    $ 27,127.00

Collection of Accounts Receivable:    $

Proceeds from Litigation (settlement or otherwise):    $ 23,947.17
(DIVIDEND · CONSULTING)
Sale of Debtor's Assets:    $

Capital Infusion pursuant to the Plan:    $
SOCIAL SECURITY    4,536.00
Total of cash received:    $ 55,610.17

Total of cash available:    $ 210,179.04

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $

Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ (975.00)

All other disbursements made in the ordinary course:    $ (105,284.41)

Total Disbursements    $ (106,259.41)

Ending Cash Balance    $ 103,919.63

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best o

4/21/14
Date                Name/Title

Liza Price Rappaport
Case: 11-37107-RTL

|  | 1/31/2014 | 2/28/2014 | 3/31/2014 | Total thru 12/31/14 |
|---|---|---|---|---|
| Cash - Beginning of Month | 154,568.87 | 148,881.53 | 139,596.27 | 154,568.87 |
| Sale of Assets | - | - | - | - |
| Utility Deposit |  |  |  |  |
| Deposit Correction |  |  |  | - |
| Money from closed account |  |  |  | - |
| Social Security | 1,512.00 | 1,512.00 | 1,512.00 | 4,536.00 |
| Consulting Fee | 12,600.00 |  |  | 12,600.00 |
| Patronage Dividend |  |  | 11,347.17 | 11,347.17 |
| Farm Draw | - | - | - | - |
| Insurance Claim | - | - | - | - |
| Rental Income | 12,520.00 | 6,782.00 | 7,825.00 | 27,127.00 |
| Total Income | 26,632.00 | 8,294.00 | 20,684.17 | 55,610.17 |
|  |  |  |  |  |
| Mortgage payments | 4,018.71 | 4,018.71 | 4,018.71 | 12,056.13 |
| Rental Payments |  |  | 1,000.00 | 1,000.00 |
| Other Secured Note Payments |  |  |  | - |
| Utilities | 872.96 | 4,413.51 | 4,415.88 | 9,702.35 |
| Insurance | - | 803.15 | 2,055.39 | 2,858.54 |
| Auto Expense | 422.94 | 1,067.34 | 565.53 | 2,055.81 |
| Lease Payments | - | - | - | - |
| IRA Contributions | - | - | - | - |
| Repairs and Maintenance | 3,301.60 | 2,387.01 | 11,527.11 | 17,215.72 |
| Supplies | - | - | - | - |
| Medical Expenses | 688.66 | 699.81 | 725.44 | 2,113.91 |
| Household Expenses | 2,914.47 | 3,114.73 | 1,742.76 | 7,771.96 |
| Charitable Contributions | - | - | - | - |
| Alimony |  | - | - | - |
| Taxes - Real Estate | 20,000.00 | - | 28,986.49 | 48,986.49 |
| Taxes - Personal Property |  | - | 372.79 | 372.79 |
| Taxes - Other | - | - | - | - |
| Travel and Entertainment |  | - | - | - |
| Gifts | - | - | - | - |
| Other - Postage |  | - | - | - |
| Other - Accounting |  | - | - | - |
| Other - Deposit Correction |  | - | - | - |
| Other - Bank Fees | - | - | - | - |
| Other - Legal Fees |  | - | 850.71 | 850.71 |
| Other - Return stop payment |  | - | - | - |
| Other - Mgmt Fees | 100.00 | 100.00 | 100.00 | 300.00 |
| Total | 32,319.34 | 16,604.26 | 56,360.81 | 105,284.41 |
|  |  |  |  |  |
| Professional Fees | - | - | - | - |
| US Trustee Fees |  | 975.00 | - | 975.00 |
| Other Reorg Expenses |  |  |  | - |
|  | - | 975.00 | - | 975.00 |
|  |  |  |  |  |
| Total Disbursements | 32,319.34 | 17,579.26 | 56,360.81 | 106,259.41 |
| Net Cash Flow | (5,687.34) | (9,285.26) | (35,676.64) | (50,649.24) |
| Cash - End of Month | 148,881.53 | 139,596.27 | 103,919.63 | 103,919.63 |