Gorski & Knowlton PC
311 Whitehorse Ave, Suite A
Hamilton, NJ 08610
Phone: (609) 964-4000
Attorneys for Debtor-in-Possession
Carol L. Knowlton, Esquire
cknowlton@gorskiknowlton.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of | Chapter 11 |
| Liza Price Rappaport. | Case No. 11-37107-CMG |
| Debtor | Judge: Christine M. Gravelle, U.S.B.J. |
| | Hearing Date: October 14, 2014 @ 10:00 |

### NOTICE OF MOTION FOR EXTENSION OF TIME TO SELL PROPERTIES

**TO:** Attached Service List

**PLEASE TAKE NOTICE** that the undersigned, as counsel for the Debtor, Liza Price Rappaport, shall move before the Honorable Christine M. Gravelle, U.S.B.J., United States Bankruptcy Court, 402 East State Street, Courtroom 3, Trenton, New Jersey 08608, on **October 14, 2014**, at **10:00 a.m.**, prevailing time, or as soon thereafter as counsel may be heard, for an Order Extending Time to Sell Properties.

In support of this motion, the undersigned shall rely upon the annexed certification and oral argument if timely opposition is filed.

The undersigned asserts that no brief is necessary as there are no complicated issues of law to be decided in this motion.

Any opposition to this motion must be filed and served so as to be received at least seven (7) days prior to the hearing date.

                                              **Gorski & Knowlton PC**
                                              **Attorneys for the Debtor,**
                                              **Liza Price Rappaport**

**Dated: September 17, 2014**          **BY:** _/s/ Carol L. Knowlton_
                                                    **Carol L. Knowlton, Esquire**