

**WILENTZ, GOLDMAN & SPITZER P.A.**

**ATTORNEYS AT LAW**

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3927
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

www.wilentz.com

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6189**
**Direct Fax: (732) 726-6627**
**Email**: dpacheco@wilentz.com

DAVID T. WILENTZ (1919-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)
WARREN W. WILENTZ (1949-2010)

RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
EDWIN LEAVITT-GRUBERGER[2]
BARRY A. COOKE
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[†]
DONALD E. TAYLOR[3]
BRETT R. HARRIS[2]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2◻]
GRACE D. MACK[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
DAVID P. PEPE
JOHN E. HOGAN[2]
EVERETT M. JOHNSON[2]
DANIEL R. LAPINSKI[2,3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]
KELLY A. ERHARDT-WOJIE[3]
ALEX LYUBARSKY[2]
ELLEN TORREGROSSA-O'CONNOR
MICHAEL A. PAFF[2]
JOSEPH J. RUSSELL, JR.[2]

**OF COUNSEL**
ALAN B. HANDLER[5]
FRANCIS V. BONELLO
BRUCE M. KLEINMAN[2,5]
C. KENNETH SHANK[2]

**COUNSEL**
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[2,3]
BARBARA J. KOONZ[3,10]
ELIZABETH C. DELL[2]
ROBERT L. SELVERS[2]
JOHN P. MURDOCH II
GREGORY D. SHAFFER[2]◁
ALYSON M. LEONE[2]

**ASSOCIATES**
LINDA LASHBROOK
ALBERTINA WEBB[2]
MARY H. SMITH
STEPHANIE D. GIRONDA
LOUIS J. SEMINSKI, JR.
MICHAEL F. FRIED[2]
MATTHEW SKOLNIK[3]
VINCENT CHENG[2]
KEITH L. HOVEY[2,3]

CHAD YABLONSKY[2]
CHERYL. E. CONNORS
JAMES TRACY
DANIEL J. KLUSKA
KARIN K. SAGE
CORINNE L. McCANN
SATISH V. POONDI
KUSH SHUKLA[2,10]
RACHEL C. HEINRICH[3]
ANNEMARIE T. GREENAN[3]
ERIC M. FINKELSTEIN[2]
NANOR L. TERJANIAN[2]
JENNA N. SHAPIRO[7]
ANDREW GROUS[2,3]
BRIDGET V. KANE[2]
RISA M. CHALFIN
JUSTIN HOLLANDER[2]
LISA GORA
FOTINI KARAMBOULIS[2]

◁ Certified Civil Trial Attorney
◻ Certified Criminal Trial Attorney
† Certified Workers Comp. Attorney
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

September 23, 2014

ALL PARTIES ON ANNEXED LIST

  Re: Liza Price Rappaport, Debtor
     D.N.J. Ch. 11 Case No. 11-37107 CMG
     **SCHEDULING CHANGE**

Dear Messrs./Mesdames:

  Please be advised that the following matters are now all scheduled for hearing on October 14, 2014 at 10:00 a.m.:

    D.I. No. 136 Notice to Close Case and Objections
    D.I. No. 184 The Ridge At Back Brook Motion to Compel Plan Compliance or Appointment of Trustee
    D.I. No. 185 Debtor Motion to Amend Plan Post-Confirmation

          Sincerely,

          */s/ Deirdre Woulfe Pacheco*

          DEIRDRE WOULFE PACHECO

DWP/hc
cc: David S. Gordon, Esq.
   Client

#7706166.1