UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 1, 2014 by
Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Liza Price Rappaport,

Debtor.

Case No.: 11-37107

Chapter: 11

Judge: Hon. Christine M. Gravelle, U.S.B.J.

# ORDER EXPUNGING AND MODIFYING THE CLAIMS OF THE RIDGE AT BACK BROOK, LLC

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: October 1, 2014**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    Liza Price Rappaport

Case No:    11-37107

Caption of Order:   Order Expunging and Modifying the Claims of The Ridge at Back Brook, LLC

---

The following order is hereby entered:

This matter having come before the Court upon Debtor's motion to expunge the proofs of claim filed on behalf of The Ridge at Back Brook, LLC; and an evidentiary hearing which took place on September 20, 2013 in the presence of Gorski & Knowlton, PC (Carol L. Knowlton, Esq. appearing on behalf of the Debtor), and Wilentz, Goldman & Spitzer, P.A. (Deirdre Woulfe Pacheco, Esq. and Brian J. Molloy, Esq. appearing on behalf of The Ridge at Back Brook, LLC); and having reviewed the briefs and supplemental submissions of the parties; and for the reasons stated in the accompanying opinion,

**IT IS HEREBY ORDERED** that claims numbered 2-1, 2-2 and 16-1 filed by The Ridge at Back Brook, LLC be and hereby are expunged;

**IT IS FURTHER ORDERED** that claim number 15-1 filed by The Ridge at Back Brook, LLC be and hereby is allowed as an unsecured claim and reduced to $283,677.79.