Gorski & Knowlton PC
311 Whitehorse Ave, Suite A
Hamilton, NJ 08610
Phone: (609) 964-4000
Attorneys for Debtor-in-Possession
Carol L. Knowlton, Esquire
cknowlton@gorskiknowlton.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In the Matter of | Chapter 11 |
| Liza Price Rappaport. | Case No. 11-37107-CMG |
| Debtor | Judge: Christine M. Gravelle, U.S.B.J. |
| | Hearing Date: October 14, 2014 @ 10:00 |

**CERTIFICATION IN OPPOSITION TO MOTION FOR AN ORDER COMPELLING DEBTOR TO COMPLY WITH PLAN OR APPOINTING TRUSTEE TO COMPLY WITH PLAN**

**Carol L. Knowlton,** of full age, hereby certify as follows:

1. I am a member of the firm of Gorski & Knowlton, PC, attorneys for the Debtor in the above-captioned matter, and I am personally responsible for the handling of this matter.

2. The Ridge has filed the within motion seeking to compel the Debtor to auction certain of her properties. The Debtor has filed a motion seeking an extension of time to sell these properties (#185 on the Court Docket).

3. Both motions have been scheduled for 10/14/14 at 10:00 a.m.

4. On behalf of the Debtor, the undersigned hereby incorporates by reference the Debtor's motion for an Extension of Time to Sell Certain Properties as opposition to the Ridge's motion (Doc. #185).

5. Based on the reasons set forth in her motion, the Debtor respectfully urges the Court to deny the Ridge's motion.

**I HEREBY CERTIFY** that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Dated: October 7, 2014**          **BY:** */s/ Carol L. Knowlton*_____
                    **CAROL L. KNOWLTON**