OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: **Liza Price Rappaport**    Bank: **TD Bank**

Bankruptcy Number: **11-37107-RTL**    Account Number: **4260757609**

Date of Confirmation: **2/5/13**    Account Type: **Checking**

Reporting Period (month/year): **4/14 - 6/14**

Beginning Cash Balance:    $ **103,919.63**

All receipts received by the debtor:

Cash Sales: **(Rental Income)**    $ **16,362.00**

Collection of Accounts Receivable:    $

Proceeds from Litigation (settlement or otherwise):    $

Sale of Debtor's Assets:    $

Capital Infusion pursuant to the Plan: **Social Security**    $ **4,542.00**

Total of cash received:    $ **20,904.00**

Total of cash available:    $ **124,823.63**

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $

Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ **(975.00)**

All other disbursements made in the ordinary course:    $ **(59,151.79)**

Total Disbursements    $ **(60,126.79)**

Ending Cash Balance    $ **64,696.84**

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best o

**7/21/14**
Date    Name/Title [signature]

Liza Price Rappaport
Case: 11-37107-RTL

| | 1/31/2014 | 2/28/2014 | 3/31/2014 | 4/30/2014 | 5/31/2014 | 6/30/2014 | 7/31/2014 | 8/31/2014 | 9/30/2014 | 10/31/2014 | 11/30/2014 | 12/31/2014 | Total thru 12/31/14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Beginning of Month | 154,568.87 | 148,881.53 | 139,596.27 | 103,919.63 | 92,991.96 | 83,901.96 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 154,568.87 |
| Sale of Assets | | | | | | | | | | | | | - |
| Utility Deposit | | | | | | | | | | | | | - |
| Deposit Correction | | | | | | | | | | | | | - |
| Money from closed account | | | | | | | | | | | | | - |
| Social Security | 1,512.00 | 1,512.00 | 1,512.00 | 1,512.00 | 1,517.00 | 1,513.00 | | | | | | | 9,078.00 |
| Consulting Fee | 12,600.00 | | | | | | | | | | | | 12,600.00 |
| Patronage Dividend | | | 11,347.17 | | | | | | | | | | 11,347.17 |
| Farm Draw | | | | | | | | | | | | | - |
| Insurance Claim | | | | | | | | | | | | | - |
| Rental Income | 12,520.00 | 6,782.00 | 7,825.00 | 7,755.00 | 5,855.00 | 2,752.00 | | | | | | | 43,489.00 |
| Total Income | 26,632.00 | 8,294.00 | 20,684.17 | 9,267.00 | 7,372.00 | 4,265.00 | | | | | | | 76,514.17 |
| Mortgage payments | 4,018.71 | 4,018.71 | 4,018.71 | 4,018.71 | 4,018.71 | 4,018.71 | | | | | | | 24,112.26 |
| Rental Payments | | | 1,000.00 | | 1,000.00 | | | | | | | | 2,000.00 |
| Other Secured Note Payments | | | | | | | | | | | | | - |
| Utilities | 872.96 | 4,413.51 | 4,415.88 | 2,122.86 | 1,386.84 | 1,111.39 | | | | | | | 14,323.44 |
| Insurance | | 803.15 | 2,055.39 | 2,103.05 | 1,267.15 | | | | | | | | 6,228.74 |
| Auto Expense | 422.94 | 1,067.34 | 565.53 | 648.25 | 761.81 | 671.49 | | | | | | | 4,137.36 |
| Lease Payments | | | | | | | | | | | | | - |
| IRA Contributions | | | | | | | | | | | | | - |
| Repairs and Maintenance | 3,301.60 | 2,387.01 | 11,527.11 | 7,859.07 | 4,010.64 | 14,062.72 | | | | | | | 43,148.15 |
| Supplies | | | | | | | | | | | | | - |
| Medical Expenses | 688.66 | 699.81 | 725.44 | 756.36 | 871.80 | 1,019.95 | | | | | | | 4,762.02 |
| Household Expenses | 2,914.47 | 3,114.73 | 1,742.76 | 611.37 | 2,324.09 | 2,378.43 | | | | | | | 13,085.85 |
| Charitable Contributions | | | | | | | | | | | | | - |
| Alimony | | | | | | | | | | | | | - |
| Taxes - Real Estate | 20,000.00 | | 28,986.49 | | 720.96 | | | | | | | | 49,707.45 |
| Taxes - Personal Property | | | 372.79 | | | | | | | | | | 372.79 |
| Taxes - Other | | | | | | | | | | | | | - |
| Travel and Entertainment | | | | | | | | | | | | | - |
| Gifts | | | | | | | | | | | | | - |
| Other - Postage | | | 850.71 | 1,000.00 | | 207.43 | | | | | | | 2,058.14 |
| Other - Accounting | | | | | | | | | | | | | - |
| Other - Deposit Correction | | | | | | | | | | | | | - |
| Other - Bank Fees | | | | | | | | | | | | | - |
| Other - Legal Fees | | | | | | | | | | | | | - |
| Other - Return stop payment | | | | | | | | | | | | | - |
| Other - Mgmt Fees | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | | | | | | | | 500.00 |
| Total | 32,319.34 | 16,604.26 | 56,360.81 | 19,219.67 | 16,462.00 | 23,470.12 | | | | | | | 164,436.20 |
| Professional Fees | | | | | | | | | | | | | - |
| US Trustee Fees | | 975.00 | | 975.00 | | | | | | | | | 1,950.00 |
| Other Reorg Expenses | | | | | | | | | | | | | - |
| | | 975.00 | - | 975.00 | - | - | | | | | | | 1,950.00 |
| Total Disbursements | 32,319.34 | 17,579.26 | 56,360.81 | 20,194.67 | 16,462.00 | 23,470.12 | | | | | | | 166,386.20 |
| Net Cash Flow | (5,687.34) | (9,285.26) | (35,676.64) | (10,927.67) | (9,090.00) | (19,205.12) | | | | | | | (89,872.03) |
| Cash - End of Month | 148,881.53 | 139,596.27 | 103,919.63 | 92,991.96 | 83,901.96 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 | 64,696.84 |