| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ROBERTA A. DeANGELIS<br>UNITED STATES TRUSTEE, REGION 3<br>Shining J. Hsu, Esq. (SH 9564)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 | <br>**Order Filed on December 24, 2014<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Liza Price Rappaport,<br><br>Debtor. | Case No.: 11-37107 (CMG)<br><br>Chapter 11<br><br>Hearing Date: December 23, 2014 @ 10:00 am<br><br>Judge: Christine M. Gravelle |

## ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 24, 2014**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Liza Price Rappaport
Chapter 11, Case No.:11-37107 (CMG)
**Order Closing Case**

___

      **THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and for good cause shown, it is hereby

      **ORDERED** that the case be and hereby is closed; and it is further

      **ORDERED** that within 15 days following the entry of this Order, the Debtor shall file any and all outstanding monthly operating reports on the electronic docket, shall file any and all outstanding post-confirmation quarterly reports on the electronic docket, shall file any outstanding initial distribution report, shall provide disbursement information from October 1, 2014 to the date this Order is entered to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

      **ORDERED** that the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on seven (7) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.